UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                          CASE NO. 10-20314-BKC-LMI

                                                CHAPTER 13

JORGE A. GARCIA,
      Debtor.

_____/          **EMERGENCY HEARING REQUESTED**

**DEBTOR'S AMENDED MOTION TO APPROVE SALE OF HOMESTEAD PROPERTY**
(Amended as to an emergency as the purchaser has extended closing date until November 15, 2013)

The Debtor, JORGE A. GARCIA, moves this Honorable Court for an Order approving the sale of the Debtor's homestead property and states:

1.      The Debtor is presently under the jurisdiction of the United States Bankruptcy Court pursuant to a Chapter 13 bankruptcy filed on April 19, 2010.

2.      A Motion to Approve Sale of Homestead Property, [ECF 65 ] dated October 30, 2013, has already been filed and the hearing on said motion is presently scheduled for 9:00 a.m., on December 3, 2013.

3.      The Debtor listed in his schedules property located at 901 Brickell Key Blvd., Unit 2104, Miami, FL 33131, and  legally described as:

> **Condominium Unit No. 2104, of CARBONELL CONDOMINIUM, a Condominium, according to the Declaration of Condominium, thereof, as recorded in Official Records Book 23834, at Page 142, of the Public Records of MIAMI DADE County, Florida, together with all appurtenance thereto, and an undivided interest in the common elements of the said condominium.**

4.      The Debtor has entered into a Contract for the Sale and Purchase of the homestead property, a copy of which is attached hereto.

**CERTIFICATION OF LOCAL RULE 9075-I**

5.      The emergency nature of this motion is that the purchaser has extended

the  closing date to November 15, 2013 and if the Debtor is not in position to close on

that date, the purchaser will be withdrawing from the contract.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) ) and that a true and correct copy of the Motion to Approve Sale of Property was sent by e-mail to Nancy Neidich, Trustee at e2c8f01@ch13herkert.com and those set forth in the NEF, this 5th day of November, 2013, and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service to those set forth above and by regular mail to all creditors.

LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
& RODOLFO H. DE LA GUARDIA, JR.
Attorneys for the Debtors
Suite 620 • Union Planters Bank Building
10 Northwest LeJeune Road
Miami, FL 33126-5431
Telephone      (305) 443-4217
Facsimile       (305) 443-3219
Email- Pleadings@bkclawmiami.com


By  /s/
    Michael A. Frank
    Florida Bar No. 339075